

EXHIBIT A

**Steven C. Coffaro**
D: 513.579.6489
steve.coffaro@kmklaw.com

June 5, 2025

**VIA E-MAIL: elberteclll@aol.com and US MAIL**

Elbert Coleman
6743 Bluffgrove Drive
Indianapolis, IN 46278

    Re:    *Elbert Coleman v. Coinbase*
              Marion County Superior Court Case No. 49D04-2504-CT-017424

Dear Elbert:

    We are legal counsel to Coinbase, Inc. ("Coinbase"). In that capacity, we took note of the referenced action that you filed against Coinbase. I note that the Complaint has not been properly served in accordance with the Trial Rules, which the Court observed in denying your motion for a default judgment.

    Although Coinbase has no legal obligation to respond to the Complaint at this time, I have been asked to advise you that when and if a response is required, Coinbase would likely move the Court to enforce the mandatory arbitration provision in the enclosed Coinbase User Agreement that you accepted as a condition of doing business with Coinbase. In other words, the courts do not have jurisdiction over your alleged claims (which Coinbase denies). Only the American Arbitration Association ("AAA") does.

    If a motion to compel arbitration is required, and if it is granted, then Coinbase will be entitled to recover from you its costs and attorney's fees incurred in obtaining the order.

    We can avoid motion practice on this issue if you will agree to re-file your claims with the AAA. Please let me know if you will do so.

              Sincerely,

              KEATING MUETHING & KLEKAMP PLL

              By: /s/ Steven C. Coffaro
                    Steven C. Coffaro

SCC:asc
Enclosure