## Case #22794211

From: Coinbase Support (help@coinbase.com)

To: elberteclll@aol.com

Date: Monday, April 28, 2025 at 04:25 AM EDT

Hello Elbert Coleman,

Thank you for submitting a Formal Complaint through Coinbase.

We noticed that you previously submitted a complaint to us via the Consumer Financial Protection Bureau (CFPB) regarding this issue. Our response to your CFPB complaint is in progress, so we are closing this complaint and will respond via the CFPB case once our investigation has been completed. Please feel free to contact our Coinbase Support Team if you have a new issue that needs our attention.

Best Regards,

Jubilyn
Coinbase Complaints Analyst


thread::7uuLAPUDCgqtjwsDu9SUrxI::