UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELBERT COLEMAN | ) | Case No.: 25-cv-1224-TWP-CSW |
| | ) | |
| Plaintiff, | ) | Judge Tanya Walton Pratt |
| | ) | Magistrate Judge Crystal S. Wildeman |
| -v- | ) | |
| | ) | |
| COINBASE INC., | ) | |
| | ) | **DEFENDANT'S MOTION TO** |
| Defendant. | ) | **HOLD PLAINTIFF'S MOTIONS** |
| | ) | **IN ABEYANCE** |

Defendant Coinbase Inc. ("Coinbase" or "Defendant") respectfully moves the Court or an Order holding in abeyance various motions submitted in this matter by Plaintiff Elbert Coleman ("Plaintiff"), until after the Court has decided Defendant's pending Motion to Compel Arbitration and Stay Proceedings (Doc. 14).

Plaintiff filed his Complaint in this action in the Marion County, Indiana Superior Court on or about April 12, 2025. Defendant timely removed the action to this Court on June 20, 2025. (Doc. 1). On July 11, Defendant moved the Court under the Federal Arbitration Act, 9 U.S.C. §§ 1–16, for an Order compelling arbitration and staying these proceedings in favor of the agreement to arbitrate all disputes in the contract(s) between the parties. (Doc. 14, 15).

In the meantime, and subsequently, Plaintiff has filed a flurry of motions and other filings, many of which go to the merits of the case and all of which are premature given that the Court has yet to rule on Defendant's Motion to Stay or to enter a Rule 26 Order. Plaintiff's Motions include:

1. A Motion to Remand to State Court and Objection to Removal (Doc. 4);

2. A Motion for Leave to File a Supplemental Pleading (Doc. 11);

3. A "Judicial Notice of Facts" (Doc. 12);

4. A Motion for Summary Judgment (Doc. 13); and

5. A Notice of Plaintiff's Judicial Notice of Admissions and Authenticated Email Records (Doc. 17).

Given the infancy of this matter, the lack of any pretrial order, disclosures or discovery, Plaintiff's motions are premature and should likely be denied. Moreover, all of these filings will be rendered moot if the Court finds Defendant's Motion to Compel Arbitration to be well-taken, as Defendant believes that it should.

In the interest of conserving the Court's time and resources and to avoid potentially unnecessary briefing and proceedings, Defendant respectfully requests that all of Plaintiff's motions and filings be stayed and held in abeyance until after the Court has considered and decided Defendant's Motion to Compel Arbitration. Defendant's Motion will be fully briefed and ripe for a decision in the next several days.

Plaintiff will suffer no prejudice if this case follows the typical course in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Steven Coffaro*
Steven C. Coffaro (19767-15)
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: 513.579.6489
Fax: 513.579.6457
steve.coffaro@kmklaw.com
Attorney for Defendant,
Coinbase Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of July, 2025, I filed the foregoing motion electronically using the Court's CM/ECF system. Parties and/or their counsel of record will be served automatically through the CM/ECF system. I further certify that I caused a true and correct copy of the foregoing to be delivered by email to elbertforgiveindustryllc@gmail.com, and by U.S. Mail to the following:

Elbert Coleman
P.O. Box 681546
Indianapolis, IN 46268

                                                         */s/ Steven C. Coffaro*
                                                         Steven C. Coffaro

14717322.1