UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELBERT COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-01224-TWP-CSW |
| | ) |
| COINBASE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Order on Pending Motions (Dkt. 31), which, in part, recommended that *pro se* Plaintiff Elbert Coleman's Motion for Leave to File Supplemental Pleading (Dkt. 11) and Motion for Summary Judgment (Dkt. 13) be denied as moot, as arbitration is the proper forum for the parties to litigate their dispute. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's recommendation, hereby adopts the recommendation and **DENIES as moot** Plaintiff's Motion for Leave to File Supplemental Pleading (Dkt. 11) and Motion for Summary Judgment (Dkt. 13).

This action **REMAINS STAYED** pending arbitration.

**SO ORDERED.**

Date: 10/2/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

ELBERT COLEMAN
P.O Box 681546
Indianapolis, IN 46268

Steven C. Coffaro
Keating Muething & Klekamp
steve.coffaro@kmklaw.com